Smith v Smith (2024 NY Slip Op 02477)

Smith v Smith

2024 NY Slip Op 02477

Decided on May 3, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 3, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., CURRAN, MONTOUR, GREENWOOD, AND NOWAK, JJ.

993 CA 23-00858

[*1]CHRISTOPHER SMITH AND MICHAEL SMITH, AS TRUSTEES OF THE JAY AND PATRICIA SMITH IRREVOCABLE TRUST, PLAINTIFFS-RESPONDENTS,
v
ANNA J. SMITH, AS TRUSTEE OF THE THEODORE P. SMITH INCOME ONLY IRREVOCABLE TRUST, AND AS EXECUTOR OF THE ESTATE OF THEODORE P. SMITH, DECEASED, DEFENDANT-APPELLANT. (APPEAL NO. 3.) 

HANCOCK ESTABROOK, LLP, SYRACUSE (JANET D. CALLAHAN OF COUNSEL), FOR DEFENDANT-APPELLANT. 
BOND SCHOENECK & KING, PLLC, SYRACUSE (DANIEL J. PAUTZ OF COUNSEL), FOR PLAINTIFFS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Herkimer County (John H. Crandall, A.J.), entered May 5, 2023. The order, inter alia, directed the public sale of certain real property. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Smith v Smith ([appeal No. 4] — AD3d — [May 3, 2024] [4th Dept 2024]).
Entered: May 3, 2024
Ann Dillon Flynn
Clerk of the Court